**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYREE L. WEST,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-00058-01-CR-W-SRB |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 12, 2024, the Grand Jury returned a seven-count Indictment charging Defendant Tyree L. West with possession with intent to distribute methamphetamine (Count One), Possession with Intent to Distribute Cocaine (Count Two), possession with intent to distribute phencyclidine (PCP) (Count Three), possession with intent to distribute marijuana (Count Four), possession of a firearm in furtherance of a drug trafficking crime (Count Five), possession of machineguns (Count Six), and being a felon in possession of a firearm (Count Seven).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Ashleigh Anna Ragner, Mitchell Widener, and Jessica L. Jennings
Case Agent: Detective Robert Evans, KCPD
Defense: Chekasha Ramsey and Linda Mock

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**:

| | | |
|---|---|---|
| 09/18/2026 | view63 | MOTION in limine *Defendant's Motion In Response to Governments Rule 404(b) Notice* by Tyree L West. Suggestions in opposition/response due by 10/2/2026 unless otherwise directed by the court. (Ramsey, Chekasha) Modified on 9/21/2026 |

| | | |
|---|---|---|
| | | to restrict document as wrong filing event was used (SRC). (Entered: 09/18/2026) |

**TRIAL WITNESSES**:
Government: 19 with stipulations; 20 without stipulations
Defendant: 1 witness, including the Defendant.

**TRIAL EXHIBITS:**
Government: approximately 200 exhibits
Defendant: approximately 20-50 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2½ to 3 days total**
Government's case including jury selection: 2½ day(s)
Defendant: 1/2 day

**STIPULATIONS**: The parties are in discussion regarding a stipulation as to felony status.

**UNUSUAL QUESTIONS OF LAW:** No unusual questions of law.

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #22):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for October 19, 2026.

Normal jury panel: **Yes**

**Please note:** The parties are available the first part of the second week. Defense counsel is unavailable the last few days of the second week. The Government has a mandatory office meeting the first part of the first week but can be available if needed, however a Government witness is unavailable the last part of the first week.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge